IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HUNTINGTON COOPER MOODY & MAGUIRE, INC. : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00751 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| CHARLES CYPERT, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court hereby ADOPTS IN ENTIRETY the Magistrate Judge's May 5, 2006 Report and Recommendation (doc. 29).  The Court awards Plaintiff judgment against Defendant Edward Hartley in the amount of $54,135.00 plus punitive damages of $54,135.00 for a total of $108,270.00 plus costs, and awards Plaintiff judgment against Defendant Charles Cypert in the amount of $33,238.00 plus punitive damages of $33,238.00 for a total of $66,476.00 plus costs. The Court further awards attorney fees in the amount of $21,404.00 for which Defendants and Cypert share joint and several liability.

7/17/06                                                              James Bonini, Clerk

                                                                     s/Kevin Moser
                                                                     Kevin Moser
                                                                     Deputy Clerk